UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**RANDY CUMMINGS, CRUZ GALLEGOS, ROBERT J. GARCIA, RICHARD GONZALES, ELOY A. JARAMILLO, DAVID LARRANAGA, JOSEPH LOPEZ, RICK LOPEZ, DAVID MONTANO, ANGELO RINALDI, CHRIS SWEENEY, JOSH TILLINGHAST, TOMAS TRUJILLO, JEFFREY S. WADE, JOSHUA HOSELTON, CHARLES W. LEES, JAIME MARQUEZ, ROBERT MENDOZA, ARMANDO ANCHONDO, GUSTAVO BERROSPE, REYES CABRIALES, SERGIO ESCOBEDO, JASON HEAD, NICK HINOJOS, ROBERT G. HITZMAN, MICHAEL LOPEZ, JOSE RODRIGUEZ, SERGIO A. ROJO, RICHARD TENORIO, CESAR TORRES, GRANT WILLIS, HAROLD BROWN, RENE CARRILLO, HENRY NEZ, JR., KURT JOHNSON, JESUS AGUILAR-MURILLO, MARTIN F. ALVAREZ, ARTHUR ARCHULETA, ENRIQUE CORONA, RONALD HUBBARD, ANDREW M. LUGO, HENRY LUJAN, DAVID CARR, D. JEREMIAH CORDOVA, KEVIN CHARVEA, NATHAN ESPALIN, LEVI GUTIERREZ, DENNIS MOORE, ROBERT MORENO, LEVI OLIVAS, THOMAS D. PAYNE, and BRYAN WHEELER,** on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.                                                                                                        No. 16 CV 951 JAP/KK

**CELINA BUSSEY, SECRETARY OF THE NEW MEXICO DEPARTMENT OF WORKFORCE SOLUTIONS, and JASON DEAN,** as the **DIRECTOR OF THE LABOR RELATIONS DIVISION OF THE NEW MEXICO DEPARTMENT OF WORKFORCE SOLUTIONS,** in their individual capacities,

    Defendants.

## FINAL JUDGMENT

In accordance with the MEMORANDUM OPINION AND ORDER (Doc. 27) granting in part DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT BASED UPON QUALIFIED IMMUNITY (Doc. No. 17) (Motion), the ORDER OF DISMISSAL granting the Motion as to Plaintiffs' remaining claim, and Federal Rule of Civil Procedure 58, the Court enters Final Judgment in favor of Defendants on all of Plaintiff's claims, which are dismissed with prejudice.

_____
SENIOR UNITED STATES DISTRICT JUDGE